```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/26/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LIXENBERG,** | |
| **Plaintiff,** | |
| -against- | **23-cv-10304 (ALC)** |
| **SPOTIFY USA,** *et al.*, | **ORDER** |
| **Defendants.** | |

**ANDREW L. CARTER, United States District Judge:**

The Court is in receipt of Defendants' letter motion for extension of time to file an answer docketed at ECF No. 15. Plaintiffs are hereby **ORDERED** to respond to Defendants' letter and inform the Court as to their consent to Defendants' request by January 30, 2024.

**SO ORDERED.**

Dated:  January 26, 2024
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**