```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _2/16/2024_
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LIXENBERG,**

                 **Plaintiff,**

     -against-

**SPOTIFY USA, INC.,** *et al.***,**

                **Defendants.**

**23-CV-10304 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:    **February 16, 2024**
             New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**